E-FILED
Monday, 05 August, 2019 03:46:18 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

AUG 05 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

DAYION J WILKERSON,

Plaintiff

vs.

URBANA POLICE DEPT
ADAM MARCOTTE
JUDGE HEIDI LADD
CHAMPAIGN COUNTY STATES
ATTORNEY
JULIA RIETZ
DANIEL REYNOLDS
MATTHEW P BANACH,

Defendant(s)

Case No. 19-2216

*(The case number will be assigned by the clerk)*

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[X] Other federal law: CONSTITUTION AMENDMENT I, V, VI, VIII, XIII
    18 USC § 241  18 USC § 242

[ ] Unknown _____

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Dayton J. Wilkerson

Prison Identification Number: 40067

Current address: Champaign County Jail 204 E Main St Urbana IL 61801

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Adam Marcotte

Current Job Title: Urbana Police Officer

Current Work Address: 400 S Vine St Urbana IL 61801

Defendant #2:

Full Name: Julia R. Rietz

Current Job Title: Champaign County State's Attorney

Current Work Address: 101 E Main St Urbana Illinois 61801

Defendant #3:

Full Name: Matthew P Banach

Current Job Title: ASSISTANT STATE ATTORNEY

Current Work Address: 101 E MAIN ST URBANA ILLINOIS 61801

Defendant #4:

Full Name: DANIEL REYNOLDS

Current Job Title: ASSISTANT STATES ATTORNEY

Current Work Address: 101 E MAIN ST URBANA ILLINOIS 61801

Defendant #5:

Full Name: JUDGE HEIDI LADD

Current Job Title: CHAMPAIGN COUNTY CIRCUIT JUDGE

Current Work Address: 101 E MAIN ST URBANA IL 61801

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

3

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☐   No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  1609 E WASHINGTON CHAMPAIGN COUNTY COURTHOUSE

Date(s) of the occurrence  6/12/2019, 6/13/19, 7/13/2019

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1. ON JUNE 13, 2019 I WAS ARRESTED AND CHARGED WITH THE ALLEGED OFFENSE OF INTIMIDATION AND UNLAWFUL COMMUNICATION WITH WITNESS BY URBANA POLICE OFFICER ADAM MARCOTTE. CHARGES WERE FILED BY STATE'S ATTORNEY JULIA R RIETZ, ASSISTANT STATE'S ATTORNEY DANIEL REYNOLDS, AND ASSISTANT STATE'S ATTORNEY MATTHEW P. BANACH. CASE NO. 878. AND THAT ALL OF THEM ARE ACTING UNDER COLOR OF STATE LAW.

2. THAT CHARGES ARE BEING BROUGHT UNDER THE COLOR OF STATE LAW.

3. THAT CHARGES ARE A VIOLATION OF MY CONSTITUTIONAL RIGHTS. SPECIFICALLY AMENDMENT I, V, VI, VIII, XIV, 18 USC § 241, 18 USC § 242.

4. THAT THIS IS A CONSPIRACY AGAINST MY RIGHTS.

5. THAT THESE CHARGES STEM FROM A FALSE POLICE REPORT.

6. THAT URBANA POLICE OFFICER ADAM MARCOTTE JUMPED TO CONCLUSION WITH RACIAL BIAS AND DIDN'T CONDUCT A THOROUGH INVESTIGATION

5

THAT THERE WERE 6 WITNESSES AT THE ALLEGED SCENE OF CRIME THAT DIDN'T SEE OR HEAR ANY CONFRONTATION BETWEEN PLAINTIFF AND THE ALLEGED VICTIM. THAT OFFICER MARCOTTE IGNORED WITNESSES AT THE SCENE IN A RUSH TO JUDGEMENT.

7. THAT OFFICER MARCOTTE DOCTORED THE POLICE REPORT. CHANGING THE ADDRESS OF WHERE PLAINTIFF (WILKERSON) LIVES FROM 1609 TO 1009. THUS MAKING IT LOOK LIKE PLAINTIFF WAS NOT AT HOME IN FRONT OF HOUSE WHEN THE ALLEGED CRIME TOOK PLACE.

8. THAT OFFICER MARCOTTE DID NOT READ MIRANDA RIGHTS TO PLAINTIFF (WILKERSON) WHEN HE KNEW HE WAS ABOUT TO CONDUCT AN INTERVIEW AND EVENTUAL ARREST.

9. THAT OFFICER MARCOTTE ILLEGALLY REMOVED WITHOUT PERMISSION DRIVER LICENSE OF PLAINTIFF (WILKERSON) AFTER BEING TOLD TO GIVE ALL OF PLAINTIFF (WILKERSON) PROPERTY TO HIS FIANCE WHO WAS ON THE SCENE OF ARREST. AND OFFICER SLIPPED TO HIS PROPERTY

10. THAT THE ALLEGED CRIME IS THAT PLAINTIFF (WILKERSON) YELLED TO ALLEGED VICTIM THAT IF HE DIDN'T GO TO COURT THEY WOULD BE FRIENDS! AND THAT BEING ARRESTED FOR YELLING IS A VIOLATION OF FREEDOM OF SPEECH.

11. THAT THERE IS NO INJURED PARTY.

12. THAT ALLEGED CHARGES ARE NON-VIOLENT

AND BOND IS EXCESSIVE WHICH IS CRUEL AND UNUSUAL PUNISHMENT. THAT BOND IS BASED ON RACIAL BIAS AND AN INABILITY OF THE JUDICAL BRANCH TO BE IMPARTIAL. TO CONSIDER THE FACTS AT HAND. MY PAST IS BEING USED AGAINST ME!

10. THAT PROSECUTION IS MALICIOUS AND ARE NOT REVEALING THE TRUE FACTS OF THE CASE TO THE JUDGES.

11. THAT CHARGES VIOLATE MY RIGHT TO FREEDOM OF SPEECH.

12. THAT CHAMPAIGN COUNTY IS BIAS TOWARD ME. THAT THIS BIAS IS BASED ON MY RACE.

13. THAT WHILE IN JAIL I'VE BEEN INJURED, SUBJECTED TO HARM AND THREATS BY OTHER PRISONERS.

14. THAT JUDGE HEIDI LADD HAS BEEN BIAS BY NOT ALLOWING ME TO REPRESENT MYSELF. THAT SHE HAS ACTED IN BIAS BY ALLOWING STATE ATTORNEY MATHEW BANACH TO BRING UP ARREST THAT DIDN'T RESULT IN CONVICTIONS. THAT SHE HAS ACTED IN BIAS SCHEDULING ME TWO DIFFERENT COURT DATES IN ONE DAY THUS CONFUSING ME. THAT SHE HAS DENIED MY RIGHT TO A FAIR TRIAL BY NOT INFORMING ME OF COURT DATES

15. THAT ON 6/25/2019 SHE ALLOWED ME TO BE PRO SE THEN DISALLOWED ME TO BE PRO SE.

THAT ON 7/12/2019 MATTHEW BANACH BROUGHT UP A 2004 ARMED ROBBERY AT MY BOND REDUCTION HEARING THAT I NEVER BEEN CHARGED WITH OR CONVICTED OF.

15. THAT ON 7/12/2019 I WAS NOT INFORMED OF ANY COURT DATE THUS SUPRISING ME AND DENYING MY RIGHT TO BE INFORMED OF COURT DATES.

16. THE DEFENDANTS ARE ACTING UNDER COLOR OF STATE LAW

17. THAT DUE TO ALL THESE FACTS AND MORE I WILL BE UNABLE TO GET A FAIR TRIAL IN CHAMPAIGN COUNTY.

18. THE CHARGE INTIMIDATION IS A CLASS 3 FELONY WHICH USUALLY CARRIES A SENTENCE OF 2-5 YEARS BUT THIS CHARGE HAS A SENTENCE RANGE OF 2-10 YEARS.

ALSO THE WORDING OF INTIMIDATION IS SIMILAR TO THE CHARGE OF STALKING THAT HAS NOW BEEN FOUND UNCONSTITUTIONAL DUE TO

RELIEF REQUESTED

(State what relief you want from the court.)

1. PLAINTIFF REQUEST AN ORDER declaring that the defendants have acted in violation of the United States Constitution.
2. PLAINTIFF REQUEST AN INJUNCTION compelling defendants to STOP Prosecution AND DISMISS ALL CHARGES
3. PLAINTIFF REQUEST $300,000 as compensatory damages
4. PLAINTIFF REQUEST THAT DEFENDANTS ARE COMPELLED TO DROP ALL CHARGES AGAINST THE PLAINTIFF
5. PLAINTIFF REQUEST AN ORDER ORDERING THE IMMEDIATE RELEASE OF PLAINTIFF

JURY DEMAND   Yes [X]   No [ ]

Signed this __1__ day of __AUGUST__, 20__19__.

_Dayion Wilkerson_
( Signature of Plaintiff)

| | |
|---|---|
| Name of Plaintiff: DAYION J WILKERSON | Inmate Identification Number: 000040067 |
| Address: CHAMPAIGN COUNTY JAIL 204 E MAIN ST URBANA IL 61801 | Telephone Number: (217) 384-1204 |